■ WILLIAM SCHIAVONE, an Infant, by JOHN SCHIAVONE, His Guardian ad Litem, et al., Plaintiffs, v. JOHN LAVIANO, Defendant. DELUKEY & SHAPIRO, Appellant; MELVIN SEIFER et al., Respondents. — Appeal by plaintiffs' attorneys from an order of the Supreme Court, Kings County, dated October 13, 1967, which directed said attorneys to pay to plaintiffs' former attorney $1,140 out of the amount previously allowed to appellants, by court order, for legal services in this negligence action. Order modified, on the facts, by reducing the amount of $1,140 in the second decretal paragraph to $350. As so modified order affirmed, without costs. In our opinion the reasonable value of the legal services rendered by the former attorney and his of counsel attorney is $350 and the higher award made by the Special Term was unwarranted on this record. Brennan, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ CLARA STEIN, Appellant, v. ASTRO PROPERTIES, INC., et al., Respondents, et al., Defendants. — In an action to foreclose a mortgage, plaintiff appeals from an order of the Supreme Court, Richmond County, dated February 20, 1968, which denied her motion for summary judgment. Order reversed, on the law, without costs, and motion granted, with one bill of $10 costs and disbursements, payable jointly by respondents appearing separately. No questions of fact were considered. In our opinion, there is no showing that the loan made to a corporation and guaranteed by defendant Rae individually was in fact made to Rae individually, though in form to the corporation, to hide the fact that appellant was exacting an illegal rate of interest. The loan was not an illegal, usurious loan and the defense of usury is not available in a foreclosure action brought against a defendant corporation (*Leader* v. *Dinkler Mgt. Corp.,* 20 N Y 2d 393; *Jenkins* v. *Moyse,* 254 N. Y. 319). Rabin, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.

■ JAMES A. SULLIVAN, IV, by His Father and Natural Guardian, JAMES A. SULLIVAN, et al., Respondents, v. WOODLAND-AT-HUNTINGTON, INC., Appellant, and LOUCIEN CANCE, Appellant-Respondent. — Order and judgment of the Supreme Court, Suffolk County, entered respectively February 6, 1968 and February 13, 1968, affirmed, with one bill of costs to plaintiffs against defendants jointly and without costs to defendant Cance as a respondent. No opinion. Appeals from an order of the same court, dated January 23, 1968, which denied separate motions by defendants to set aside the verdict dismissed, without costs. An order denying such motions, made only on the trial minutes, is not appealable. In any event, the foregoing disposition of the appeal from the judgment renders the appeals from this order academic. Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.